UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LASHUNDA PATRICK o/b/o ) | |
| D.L.H., A Minor Child ) | |
|     Plaintiff(s), ) | |
| ) | |
|     Vs. ) | Case No. 4:05CV01975 ERW |
| (LMB) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
|     Defendant(s). ) | |

## ORDER

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton pursuant to 29 U.S.C. § 636(b) [doc. #15].

The Court notes that no objections were filed to the Report and Recommendation within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts and incorporates herein the Magistrate's Report and Recommendation in its entirety.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying Plaintiff disability benefits is **REVERSED**. The above styled action is **REMANDED** to the Commissioner for further proceedings.

Dated this <u>6th</u> Day of <u>March</u>, 2007.

                                                               _____
                                                               E. RICHARD WEBBER
                                                               UNITED STATES DISTRICT JUDGE